JOSE JUAN MELENDEZ
9735 NUCLA ST
COMMERCE CITY, CO 80022

720-476-2040
pro se

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2020 JUL 29 PM 2:47

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| PO LUXE HOMES, LLC <br><br> Plaintiff, <br><br> vs. <br><br> JOSE JUAN MELENDEZ GERARDO ALVAREZ CERVANTES AND ALL OTHER OCCUPANTS OF 9735 NUCLA ST COMMERCE CITY, CO 80022 <br><br> Defendants | Case No.: <br><br> NOTICE OF REMOVAL OF CASE NUMBER 20C35809 DIVISION 8 FROM THE COUNTY COURT COUNTY OF ADAMS, COLORADO TO THE UNITED STATES DISTRICT COURT DISTRICT OF COLORADO PURSUANT TO UNDER 28 USC 1441,1442, &1446 <br><br> **JURY TRIAL DEMANDED** |

NOTICE

1

NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURTS

TO; PLAINTIFF AND ITS ATTORNEY OF RECORD AND ALL RELATED AND ASSOCIATED PARTIES CLAIMING INTEREST

Please take notice that defendant, JOSE JUAN MELENDEZ has removed case 20C35809 DIVISION 8 from the county court, County of Adams Colorado In the above referenced court to the United States District Court District  District pursuant to 28 U.S.C. 1446 on the grounds that the summons and complaint are defective upon its face, the plaintiffs have falsified records, the state court lacks jurisdiction on private land covered by Treaty and Land Grant because the land on which the property sits is owned by an Indigenous Land Trust. A right to a trial by jury has been denied, plaintiff lacks jurisdiction to bring action, defendants are heirs to the Trust that owns the land, and the United States Supreme Court has repeatedly ruled against the United States of America Corporation and more recently ruled in Herrera v Wyoming that a treaty can not be amended. An issue of land patents can not be tried by a commissioner in a bench trial, 0r in a state court.  It is clearly a violation of Tribal Rights, and interference with existing treaties that predated the formation of the United States of America Corporation of 1871,.Additionally, defendants are not and were not fluent in the English language. All contracts were signed in English. Parties to the underlying agreements were translated by parties connected to the agreement and thus are fraudulent and unenforceable. Supporting documents accompany this removal. Further the entity claiming ownership currently has be served notice to cease and desist. Defendants ask for dismissal of the action forthwith. Plaintiff is an LLC . This removal of jurisdiction shall also be filed under administrative admiralty laws and in no way does the defendant waive any federally protected rights. Defendants will submit to the Court affidavits of criminal activity as well as a motion for a finding of criminal contempt of court.

NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURTS

Dated: 07/29/2020

*Jose Melendez*

JOSE JUAN MELENDEZ

defendant in pro se

## DECLARATION OF JOSE JUAN MELENDEZ

1. My name is JOSE JUAN MELENDEZ.
2. I will require a translator.
3. I am receiving assistance in translation from a third-party.
4. The Trustee of the Land Trust has served all parties with a Cease and Desist and has served Public Notices regarding violations of the private land on which these activities.
5. Additionally I will be irreparably harmed without the intervention of this Court.
6. The plaintiff has violated United States Supreme Court Decisions and I am further requesting a writ of Quo Warranto against all parties.

Respectfully submitted,

Dated: 07/29/2020

*/s/ Jose Melendez*
JOSE JUAN MELENDEZ

4

NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURTS

# MAIL LIST

I certify a copy Notice of Removal to the United States District Court e-mailed on 07/29/20 to the following:

Erick@arriolalaw.com FAX Number: (303) 586-6095 Atty. Reg #: 38082 : Erick S. Arriola The Arriola Law Firm LLC 9800 Pyramid Court Suite 4058 Englewood Colorado

COUNTY COURT COUNTY OF ADAMS COLORADO

CLERK OF THE COURT

1100 JUDICIAL CENTER DR

BRIGHTON , CA 80601

I am over the age of 18

*Rafaela Melendez*
Printed Name

*Rafaela Melendez*
SIGNATURE

## MEMORANDUM OF POINTS AND AUTHORITIES

The State of Colorado, County of Adams Colorado, Plaintiff, have no jurisdiction on private lands by treaty. The State of Colorado can not adjudicate issues issues pertaining to treaties and as such plaintiff is an interloper on private lands. According to the Herrera v. Wyoming, No. 17-532, 587 U.S. ___, ,wa United States Supreme Court case in which the Court held that Wyoming's statehood did not void the Crow Tribe's right to hunt on "unoccupied lands of the Crow Indians" A treaty can not be amended by the State.

The Articles of Confederation are what determines the United States of America. The ratification of the articles of Confederation on land that was chartered under the authority of royalty could not be transferred.

There are other significant cases and decisions from the Supreme Court of The United States of America.

1. The law of the chartered land is common law as established through the Magna Carta
2. The transfer of property entitled the way it must be done signed off by the king
3. Penhollow v doane's administrators. This Case established that the United States of America is an artificial person and shall not have contract with a natural person. Likewise, transfers of land must be between natural person heirs or assigns. Penhallow v Doane's administrators 1798
4. DECLARATION OF INDEPENDENCE signed by John Hanson Jr as President of the Confederacy
5. Boston Tea Party English law

NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURTS

6. Secession from the Confederate Union
7. Establishment of fraudulent interloping racist government for the purpose of financial gain for white people
8. The heirs of Henry Turner v do United States of America corporation 1848
9. Dred Scott v Sanford 1848
10. Herrera v Wyoming 2019
11. Innuci v US Trademark and Patent Office
12. Voter Rights Act of 1964
13. Civil Rights Act of 1965

Penhallow v. Doane's Administrators, 3 U.S. 3 Dall. 54 54 (1795)

Dated: 07/29/2020

*Jose Melendez*

JOSE JUAN MELENDEZ

pro se , defendant

7

NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURTS

| | |
|---|---|
| County Court, County of Adams, Colorado<br>Court Address:<br>1100 Judicial Center Dr.<br>Brighton, CO 80601 | |
| Plaintiff: PO LUXE HOMES, LLC<br><br>v.<br><br>Defendants: JOSE JUAN MELENDEZ, GERARDO ALVAREZ CERVANTES, and All Other Occupants of 9735 Nucla St., Commerce City, Colorado 80022. | ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Erick S. Arriola<br>The Arriola Law Firm, LLC<br>9800 Pyramid Court, Suite 4058<br>Englewood, Colorado 80112<br>Phone Number: (303) 840-2539     E-mail: Erick@arriolalaw.com<br>FAX Number: (303) 586-6095      Atty. Reg. #: 38082 | Case Number:<br>2020C35809<br><br>Division 8 |

## SUMMONS

**To the above named Defendant(s), take notice that:**

1. On **July 23, 2020, at 8:30 o'clock A.M.** in the Adams County Court, Brighton, Colorado, the Court may be asked to enter judgment against you as set forth in the complaint.

2. A copy of the complaint against you and an answer form that you must use if you file an answer are attached.

3. If you do not agree with the complaint, then please refer to the Adams County Advisement attached here.

4. When you file your answer, you must pay a filing fee to the Clerk of the Court.

5. If you file an answer, you must personally serve or mail a copy to the Plaintiff(s) or the attorney who signed the complaint.

6. If you do not file with the Court, at or before the time for appearance specified in this summons, an answer to the complaint setting forth the grounds upon which you base your claim for possession and denying or admitting all of the material allegations of the complaint, judgment by default may be taken against you for the possession of the property described in the complaint, for the rent, if any, due or to become due, for present and future damages and costs, and for any other relief to which the Plaintiff(s) is (are) entitled.

7. If you are claiming that the landlord's failure to repair the residential premises is a defense to the landlord's allegation of nonpayment of rent, the Court will require you to pay into the registry of the Court, at the time of filing your answer, the rent due less any expenses you have incurred based upon the landlord's failure to repair the residential premises. In addition to filing an answer, you are required to complete an Affidavit (JDF 109) to support the amount you will need to pay into the registry of the Court.

8. If you want a jury trial, you must ask for one in the answer and pay a jury fee in addition to the filing fee.

9. If you want to file an answer or request a jury trial and you are indigent, you must appear at the above date and time, fill out a financial affidavit, and ask the Court to waive the fee.

Dated at Englewood, Colorado, this 8th day of July, 2020.

Clerk of the Court
By: _____     /s/ Erick S. Arriola
          Deputy Clerk                                       Attorney for Plaintiff(s) (if applicable)
                                                             Erick S. Arriola, Reg. No. 38082

This Summons is issued pursuant to §13-40-111, C.R.S. A copy of the Complaint together with a blank answer form must be served with this Summons. This form should be used only for actions filed under Colorado's Forcible Entry and Detainer Act.

To the clerk: If this Summons is issued by the Clerk of the Court, the signature block for the clerk, deputy and the seal of the Court should be provided by stamp, or typewriter, in the space to the left of the attorney's name.

FORM 1A   R7-12   SUMMONS IN FORCIBLE ENTRY AND UNLAWFUL DETAINER                Page 1 of 2

**WARNING: ALL FEES ARE NON-REFUNDABLE. IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.**

## CERTIFICATE OF MAILING

I, the undersigned, certify that on July 8, 2020, the date the Summons and Complaint were filed, I mailed a copy of the Summons, a copy of the Complaint, and Answer form by postage prepaid, first class mail, to JOSE JUAN MELENDEZ, GERARDO ALVAREZ CERVANTES, and All Other Occupants of 9735 Nucla St., Commerce City, Colorado 80022.

/s/ Erick S. Arriola
Plaintiff/(s)Agent for Plaintiff(s)

### Section 13-40-111 Colorado Revised Statutes, as amended.

**13-40-111. Issuance and return of summons.**

(1) Upon filing the complaint as provided in §13-40-110, C.R.S., the clerk of the court or the attorney for the plaintiff shall issue a summons. The summons shall command the Defendant to appear before the Court at a place named in such summons and at a time and on a day which shall be not less than seven days nor more than fourteen days from the day of issuing the same to answer the complaint of Plaintiff. The summons shall also contain a statement addressed to the Defendant stating: "If you fail to file with the Court, at or before the time for appearance specified in the summons, an answer to the complaint setting forth the grounds upon which you base your claim or possession and denying or admitting all of the material allegations of the complaint, judgment by default may be taken against you for the possession of the property described in the complaint, for the rent, if any, due or to become due, for present and future damages and costs, and for any other relief to which the Plaintiff is entitled". If you are claiming that the landlord's failure to repair the residential premises is a defense to the landlord's allegation of nonpayment of rent, the Court will require you to pay into the registry of the Court, at the time of filing your answer, the rent due less any expenses you have incurred based upon the landlord's failure to repair the residential premises.

**13-40-112.   Service.**

(1) Such summons may be served by personal service as in any civil action. A copy of the complaint must be served with the summons.

(2) If personal service cannot be had upon the Defendant by a person qualified under the Colorado Rules of Civil Procedure to serve process, after having made diligent effort to make such personal service, such person may make service by posting a copy of the summons and the complaint in some conspicuous place upon the premises. In addition thereto, the Plaintiff shall mail, no later than the next day following the day on which he/she files the complaint, a copy of the summons, or, in the event that an alias summons is issued, a copy of the alias summons, and a copy of the complaint to the Defendant at the premises by postage prepaid, first class mail.

(3) Personal service or service by posting shall be made at least seven days before the day for appearance specified in such summons, and the time and manner of such service shall be endorsed upon such summons by the person making service thereof.

FORM 1A   R7-12   SUMMONS IN FORCIBLE



## ADAMS COUNTY ADVISEMENT – FORCIBLE ENTRY & DETAINER Cases

Parties to all Adams County Court Civil Forcible Entry & Detainer (FED)/Eviction matters please take notice:

The Plaintiff in this case has initiated a lawsuit against the Defendant in this case. Please read below regarding whether your appearance is required or not.

- IF AN ATTORNEY REPRESENTS EITHER THE PLAINTIFF OR DEFENDANT, <u>NEITHER PARTY IS REQUIRED TO APPEAR</u>

- IF BOTH PARTIES TO THE CASE ARE <u>NOT</u> REPRESENTED BY AN ATTORNEY, <u>BOTH PARTIES ARE REQUIRED TO APPEAR IN PERSON</u> at the date and time listed on the Summons.

The parties are strongly encouraged to speak with one another prior to the date listed on the Summons to see if any of the issues arising out of the case can be resolved. The contact information for the opposing party or his/her/its attorney may be found on the Complaint itself.

<u>Action is required by the named Defendant if the Defendant wishes to contest the claims brought in the Complaint (please read instructions below).</u>

To the Defendant: if you dispute the claim, <u>*you MUST file a written Answer on or before the date listed on the Summons*</u> with which you may have been served. If you do not file an Answer, the Court may enter a judgment against you for the relief requested in the Complaint. The Answer form attached to the Complaint must be filled out completely, including your name, case number, and phone number, if you have them. Finally, you <u>MUST</u> also set forth a legal defense to the claim stated in the Complaint.

<u>You may use any of the following methods to file your Answer with the Court:</u>

1. File your Answer via email to <u>17Temp@judicial.state.co.us</u>. Upon receipt, a member of the court staff will contact you to arrange for payment of the filing fee by telephone.
2. Mail your Answer and filing fee via first class US Mail **at least five business days prior to the future summons return date** to the following address: 1100 Judicial Center Drive, Brighton, CO 80601. PLEASE DO NOT SEND CASH. You may check the below website for filing fees associated with filings.
3. File your Answer with filing fee at the Adams County Courthouse in Brighton, located at 1100 Judicial Center Drive, Brighton, CO 80601.
4. If an attorney is filing the Answer for you, they must file through CCE.

FOR MORE INFORMATION, YOU MAY VISIT THE COURT'S WEBSITE AT <u>https://www.courts.state.co.us</u> or you may call the Civil Department at 303-654-3335.

| | |
|---|---|
| County Court, County of Adams, Colorado<br>Court Address:<br>1100 Judicial Center Dr.<br>Brighton, CO 80601 | |
| Plaintiff: PO LUXE HOMES, LLC<br><br>v.<br><br>Defendants: JOSE JUAN MELENDEZ, GERARDO ALVAREZ CERVANTES, and All Other Occupants of 9735 Nucla St., Commerce City, Colorado 80022. | ▲ ▲<br>**COURT USE ONLY**<br>▲ ▲ |
| Attorney or Party Without Attorney (Name and Address):<br><br>Phone Number:           E-mail:<br>FAX Number:           Atty. Reg. #: | Case Number: 20C35809<br><br>Division 8 |
| **ANSWER UNDER SIMPLIFIED CIVIL PROCEDURE**<br>**(including counterclaim(s) and/or cross claim(s))** | |

The Defendant(s) _____ (name), answer(s) the complaint as follows:

1. The amount of damages claimed to be due to the Plaintiff(s) by the complaint in this action is not due and owing for the following reasons:

    _____
    _____
    _____

    **OR**

    the Plaintiff(s) is/are not entitled to possession of the property and Defendant(s) is/are entitled to retain possession for the following reasons:

    _____
    _____
    _____

    **OR**

    the injunctive relief requested by the Plaintiff(s) should not be allowed for the following reasons:

    _____
    _____
    _____

2. ☐ (If applicable) the Defendant(s), _____, assert(s) the following counterclaim(s) or setoff(s) against the Plaintiff(s)

# DEMAND FOR POSSESSION
## Pursuant to C.R.S. 13-40-104(g)

To **JOSE JUAN MELENDEZ, GERARDO ALVAREZ CERVANTES,** and **ALL OTHER OCCUPANTS** of **9735 Nucla Street, Commerce City, Colorado 80022**.

The premises, known as 9735 Nucla Street, Commerce City, Colorado 80022 ("Real Property") has been duly sold by judgment and/or decree and the time allowed for redemption has expired.

Therefore, pursuant to C.R.S. §13-40-104(g) and C.R.S. §13-40-106, PO Luxe Homes, LLC, the owner of the Real Property, does DEMAND that you shall surrender possession of the Real Property on or before **July 5, 2020**. Failure to surrender possession of the Real Property, in compliance with this demand, shall result in an eviction proceeding commencing against you, pursuant to C.R.S. §13-40-104(g).

Date: June 24, 2020

/s/ Erick S. Arriola *(original signature on file)*
Erick S. Arriola, Reg. No. 38082
The Arriola Law Firm, LLC
9800 Pyramid Ct. #4058
Englewood, Colorado 80112
Telephone: (303) 840-2539
Email: Erick@arriolalaw.com
Attorneys for PO Luxe Homes, LLC

_____
_____

3. ☐ (If applicable) the Defendant(s) _____, assert(s) the following cross claim(s) against _____, named Defendant(s) (you are limited to the jurisdiction of the court):

_____
_____
_____

4. If a counterclaim is asserted above, you must check one of the following statements:
   ☐ The amount of the counterclaim **does not** exceed the jurisdiction of the court (County Court filing fee required).
   ☐ The amount of the counterclaim **does** exceed the jurisdiction of the court, but I wish to limit my recovery to the jurisdiction of the court (County Court filing fee required).
   ☐ The amount of the counterclaim **does** exceed the jurisdiction of the court, and I wish the case transferred to the District Court (District Court filing fee required)

5. The Defendant(s):
   ☐ Request(s) a trial to the court.
   ☐ Request(s) a jury trial. By requesting a jury trial, the Defendant(s) understand(s) that a jury fee must be paid unless the fee is waived by the Court.

**WARNING: ALL FEES ARE NON-REFUNDABLE. IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.**

Note: All Defendants filing this answer must sign unless the answer is signed by an attorney.

_____       _____
Signature of Defendant(s)              Signature of Attorney for Defendant(s) (if applicable)

Address(es) of Defendant(s): _____

Phone Number(s) of Defendant(s): _____

## CERTIFICATE OF SERVICE

I certify that on _____ (date) a true and accurate copy of this *ANSWER UNDER SIMPLIFIED CIVIL PROCEDURE* was served on _____ the other party(s) or attorney(s) by:

☐ Hand Delivery ☐ E-filed ☐ Faxed to this number _____ or ☐ by placing it in the United States mail, postage pre-paid, and addressed to the following:

_____
_____

_____
Defendant(s) or Attorney for Defendant(s) Signature

Respectfully Submitted,
THE ARRIOLA LAW FIRM, LLC

/s/ Erick S. Arriola *(original signature on file)*
Erick S. Arriola, Reg. No. 38082
The Arriola Law Firm, LLC
9800 Pyramid Court, Suite 4058
Englewood, Colorado 80112
Tele: (303) 840-2539
Fax: (303) 586-6095
Email: Erick@arriolalaw.com

| County Court, County of Brighton, Colorado<br>Court Address:<br>1100 Judicial Center Dr.<br>Brighton, CO 80601 | |
|---|---|
| Plaintiff: PO LUXE HOMES, LLC<br><br>v.<br><br>Defendants: JOSE JUAN MELENDEZ, GERARDO ALVAREZ CERVANTES, and All Other Occupants of 9735 Nucla St., Commerce City, Colorado 80022. | ▲ ▲<br>**COURT USE ONLY** |
| Attorney or Party Without Attorney (Name and Address):<br>Erick S. Arriola<br>The Arriola Law Firm, LLC<br>9800 Pyramid Court, Suite 4058<br>Englewood, Colorado 80112<br>Phone Number: (303) 840-2539<br>E-mail: Erick@arriolalaw.com<br>FAX Number: (303) 586-6095        Atty. Reg. #: 38082 | Case Number:<br>2020C35809<br><br>Div. 8 |
| **COMPLAINT IN FORCIBLE ENTRY AND DETAINER** | |

COMES NOW the Plaintiff, PO Luxe Homes, LLC ("PO Luxe") by and through its attorneys, The Arriola Law Firm, LLC, and for its Complaint in Forcible Entry and Detainer states as follows:

1. PO Luxe is the owner of the Premises in the County of Adams, State of Colorado known as 9735 Nucla St., Commerce City, Colorado 80022 ("Premises").

2. The defendants, Jose Juan Melendez ("Melendez") and Gerardo Alvarez Cervantes ("Cervantes"), were the former owners of the Premises, which was sold at Sheriff's sale.

3. Melendez and Cervantes were served with a Demand for Possession on or about June 24, 2020. See Demand attached as Exhibit 1.

4. Upon information and belief, Defendants, and/or other occupants, continue to unlawfully and wrongfully hold possession of the Premises.

5. Upon information and belief, defendants are not engaged in the military service of the United States and is engaged in a civilian occupation.

6. Plaintiffs do not demand trial by jury. If demand is made a jury fee must be paid.

   **Wherefore**, PO Luxe requests entry of Judgment in their favor and against the Defendants for Possession of the Premises and for such further relief as the Court deems appropriate in the circumstance.